No. 800, Misc. SPENCER v. WAINWRIGHT, CORREC-
TIONS DIRECTOR. Motion for leave to file petition for
writ of habeas corpus denied. Treating the papers sub-
mitted as a petition for writ of certiorari, certiorari is
denied.

No. 823, Misc. SHELDON ET AL. v. MERRILL, U. S. CIR-
CUIT JUDGE, ET AL. Motion for leave to file petition for
writ of mandamus denied. *Hayden C. Covington* for
petitioners.

No. 793, Misc. BOSLER v. SUPREME COURT OF MIS-
SOURI. Motion for leave to file petition for writ of pro-
hibition and for other relief denied.

No. 32. ENGLAND ET AL. v. LOUISIANA STATE BOARD OF
MEDICAL EXAMINERS ET AL. Appeal from the United
States District Court for the Eastern District of Loui-
siana. Probable jurisdiction noted. *J. Minos Simon*
and *Russell Morton Brown* for appellants. *Robert E.
LeCorgne, Jr.* and *St. Clair Adams, Jr.* for appellees.
*Ashton Phelps* for Louisiana State Medical Society,
intervenor.

No. 684. ANDERSON ET AL. v. MARTIN. Appeal from
the United States District Court for the Eastern District
of Louisiana. Probable jurisdiction noted. *Jack Green-
berg* and *James M. Nabrit III* for appellants.

No. 732. BROOKS v. MISSOURI PACIFIC RAILROAD CO.
C. A. 8th Cir. Certiorari granted. *Solicitor General Cox,
Acting Assistant Attorney General Guilfoyle* and *Sher-
man L. Cohn* for petitioner. *Pat Mehaffy* and *Robert V.
Light* for respondent.